# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RANDY JOE MILBURN**  **PLAINTIFF**
**ADC #130450**

**v.**    Case No. 5:19-cv-00291-KGB

**SAMUEL B. POPE, Judge,**  **DEFENDANTS**
**Circuit Court,** *et al*.

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Randy Joe Milburn's complaint is dismissed without prejudice. The relief sought is denied. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g), and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 16th day of January, 2020.

Kristine G. Baker
United States District Judge